Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br>Charles Allan Waldroup<br>AND<br>Brandi Michelle Waldroup<br>   Debtor(s) | § Case No. 13-14973-13<br>§ Chapter 13<br>§<br>§ |

## DEBTORS' AFFIDAVIT OF FACT

I, Barndi Michelle Waldroup, do hereby swear that I work as a substitute teacher, therefore, I do not receive a paycheck on on regular basis. I have provided all available paystubs for the period of May through October 2013. Additionally, I clean houses part-time and am paid in cash. I earn approximately $700 per month. I do not have any records of this income.

If there should be any questions regarding this matter, please feel free to contact my attorney for further information.

/s/Brandi Michelle Waldroup
Case No. 13-14973-13

State of Texas      )
                    )
County of Wichita   )

SIGNED UNDER OATH before me this the 11th day of November, 2013.

NOTARY PUBLIC

NANCY MCILVANIE
Notary Public, State of Texas
My Commission Expires
September 12, 2016