|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF OKLAHOMA | **FILED**<br>Apr. 4, 2014<br>Grant E. Price , Clerk<br>U.S. BANKRUPTCY COURT<br>WESTERN DISTRICT OF OKLA. |

**IN RE:**

**Charles Allan Waldroup**
**Brandi Michelle Waldroup**

**BK. NO. 13–14973 – NLJ**

**CHAPTER 13**

**DEBTOR(s).**

## NOTICE OF HEARING

( F.R.Bankr.P. 9014)

You are hereby noticed that

*27* – Motion to Reconsider the Dismissal of the Case (related documents 25 Order Dismissing) with Certificate of Service With Notice and Opportunity for Hearing Filed by Julia C Mills of CindyAllen&Associates,PLLC on behalf of Brandi Michelle Waldroup, Charles Allan Waldroup (Attachments: # 1 Attachment Mailing Matrix) (Mills, Julia)

will be heard by Judge Niles Jackson on 4/22/14 at 09:45 AM in 2nd Floor Courtroom, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102.

DATED: **4/4/14**

BY ORDER OF THE COURT,
Grant E. Price
By: /s/Sandra Love
Sandra Love, DEPUTY