**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE:<br>CHARLES ALLAN WALDROUP AND<br>BRANDI MICHELLE WALDROUP<br>　　　　　　　　　　　　　Debtors. | Case No. BK-13-14973-NLJ<br>Chapter 13 |

## WITHDRAWAL OF DOCUMENT

**COMES NOW,** Debtors, by and through **JULIA MILLS**, of Cindy Allen & Associates, and files their Withdrawal of Document [Doc. No. 27], Motion to Reconsider filed March 14, 2014, in the above-styled and numbered action. This matter is set for hearing **on April 22, 2014 at 9:45 before the Honorable Judge Niles L. Jackson**, which should also be stricken.

　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　s/ Julia C. Mills
　　　　　　　　　　　　　　　　　CINDY ALLEN & ASSOCIATES, PLLC
　　　　　　　　　　　　　　　　　Julia C. Mills, OBA #30404
　　　　　　　　　　　　　　　　　222 East Main Street
　　　　　　　　　　　　　　　　　Norman, Oklahoma 73069
　　　　　　　　　　　　　　　　　(405) 701-8856 Phone
　　　　　　　　　　　　　　　　　(405) 701-8853 Facsimile
　　　　　　　　　　　　　　　　　info@normanokattorney.com
　　　　　　　　　　　　　　　　　ATTORNEY FOR DEBTORS